# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:06CV248

| | |
|---|---|
| ALDEN JEROME HARDEN, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>MARVIN POLK, Warden, Central )<br>Prison, Raleigh, North Carolina; and )<br>ROY COOPER, The Attorney General )<br>of the State of North Carolina, )<br>)<br>Respondents. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

By Order filed June 14, 2006, the Court denied Petitioner's motions to proceed in *forma pauperis* and for the appointment of counsel because such was not supported by a certificate from the Department of Corrections attesting to the amount of funds available in his inmate trust account. Subsequently, the required filing fee for § 2254 cases was paid. The case has been held in abeyance to allow the Petitioner an opportunity to renew his motion for the appointment of counsel and to furnish the Court with the appropriate documentation. To date, the motion has not been renewed.

**IT IS, THEREFORE, ORDERED** that the Petitioner is allowed to and including August 14, 2006, in which to renew his motion for appointment of counsel.

Signed: July 26, 2006

Lacy H. Thornburg
United States District Judge