**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL NO. 3:06CV248**

| | | |
|---|---|---|
| **ALDEN JEROME HARDEN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **MARVIN POLK, Warden, Central** | ) | |
| **Prison, Raleigh, North Carolina; and** | ) | |
| **ROY COOPER, The Attorney General** | ) | |
| **of the State of North Carolina,** | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

**THIS MATTER** is before the Court *sua sponte*.

By Order filed December 15, 2006, the Petitioner was to pay $600

towards counsel fees incurred by his court-appointed counsel on or before

January 16, 2007. He has not done so.

**IT IS, THEREFORE, ORDERED** that the appointment of counsel is

hereby terminated upon entry of this Order.

**IT IS FURTHER ORDERED** that counsel may submit their attorney

vouchers for the services rendered through January 11, 2007, minus the

sum of $600 which the Petitioner was to contribute toward attorneys' fees already incurred.

**IT IS FURTHER ORDERED** that the Petitioner shall proceed in a *pro se* capacity.

**IT IS FURTHER ORDERED** that the Respondent shall respond to the petition on or before 60 days from entry of this Order.

Signed: February 23, 2007

Lacy H. Thornburg
United States District Judge