# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL NO. 3:06CV248

| | |
|---|---|
| ALDEN JEROME HARDEN, )<br>)<br>Petitioner, )<br>)<br>Vs. )<br>)<br>MARVIN POLK, Warden, Central )<br>Prison, Raleigh, North Carolina; and )<br>ROY COOPER, The Attorney General )<br>of the State of North Carolina, )<br>)<br>Respondents. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on motion of Petitioner's counsel for permission to file for an interim payment of counsel fees.

For the reasons set forth in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that counsel's motion is **ALLOWED**, and Kenneth J. Rose and David Weiss of the Center for Death Penalty Litigation are hereby permitted to file an interim fee petition in this matter.

Counsel are specifically advised that payment of fees will be authorized only for services rendered in this case and not in connection with the motion for appropriate relief currently pending in the state court.

Signed: July 17, 2009

Lacy H. Thornburg
United States District Judge