# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Alden Jerome Harden,

       Petitioner,                       JUDGMENT IN A CIVIL CASE

vs.                                           3:06-cv-248-MOC

Gerald Branker,
Warden, Central Prison,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2011 Order.

                                           Signed: September 30, 2011

                                           Frank G. Johns, Clerk
                                           United States District Court