# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Alden Jerome Harden,

    Petitioner,

vs.

Gerald Branker,
Warden, Central Prison,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:06-cv-248-MOC

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2011 Order.

Signed: September 30, 2011

_____
Frank G. Johns, Clerk
United States District Court